HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123 *(Nevada Office)*
Telephone: (213) 928-9800
Fax: (213) 928-9850
holly.cheong@troutman.com
TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, California *(Los Angeles Office)*
*Attorneys for RentGrow, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TANEKA CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>RENTGROW, INC, and CONTEMPORARY INFORMATION CORPORATION,<br><br>Defendants. | CASE NO.: 2:25-cv-02512-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant RentGrow, LLC ("RentGrow") and Plaintiff Ashley Taneka Carter ("Plaintiff") (collectively, the "Parties") hereby stipulate to a thirty-day extension of time for RentGrow to respond to Plaintiff's Complaint, making the response due on or before February 12, 2026. This is the Parties' first request for an extension. In support of its Stipulation, the Parties respectfully state as follows:

1. Plaintiff filed a Complaint (the "Complaint") in the above-captioned matter on December 17, 2025 (ECF No. 1). The Complaint was served on RentGrow on December 23, 2025, making RentGrow's response due January 13, 2026.

2. Given the complexity of the matter, the number of issues involved, and the intervening holiday weekend, Plaintiff has agreed to a 30-day extension on RentGrow's response to the Complaint subject to the Court's approval.

1

3.      As a result, RentGrow requests an extension of time to respond to Plaintiff's Complaint until February 12, 2026.

4.      Plaintiff consents to this requested extension.  No party will be prejudiced if the Court grants this request.

5.      This stipulation is for good cause and will not result in delay of discovery, trial, or any hearing in this case.

**IT IS SO STIPULATED.**

| DATED this 13th day of January, 2026 | DATED this 13th day of January, 2026 |
|---|---|
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, NV 89147 | */s/ Holly E. Cheong*<br>Holly E. Cheong, Esq.<br>Nevada Bar No. 11936<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123 |
| *Attorneys for Plaintiff Ashley Taneka Carter* | *Attorneys for Defendant RentGrow, LLC* |

## ORDER

Based upon the foregoing Stipulation by and between the Stipulating Parties, and good cause appearing Defendant RentGrow, LLC shall have until and through February 12, 2026 to respond to the Complaint in this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 14, 2026

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123

*Attorneys for Defendant RentGrow, Inc.*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 13th day of January 2026, I caused to be served a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☐ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written.

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: N/A

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

/s/ Jennifer S. Allen
An employee of TROUTMAN PEPPER LOCKE

- 4 -

323922628