**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

ASHLEY TANEKA CARTER )
)
)
)
Plaintiff(s), )
)
vs. )
)
RENTGROW, INC., and )
CONTEMPORARY INFORMATION )
CORPORATION )
Defendant(s). )
)

Case No. 2:25-cv-02512-JCM-BNW

## **SUBSTITUTION OF ATTORNEY**

Plaintiff Ashley Taneka Carter_____ (Plaintiff) (Defendant) hereby substitutes
_____(Name of Party)_____

Kevin L. Hernandez
_____
(New Attorney)

(Address): ____8920 W. Tropicana Avenue, Suite 101, Las Vegas, NV 89147____

(Telephone): _(702) 563-4450_____, as attorney of record in place and

stead of: _____Nicholas Barthel_____
_____(Present Attorney)_____

DATED: __01/09/2026_____         _/s/ Ashley Taneka Carter_____
                                                              (Signature of Party)

I consent to the above substitution.

DATED: __01/09/2026_____         _/s/ Nicholas Barthel_____
                                                              (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 01/09/2026                                    /s/ Kevin L. Hernandez

                                                    (Signature of New Attorney)

Please check one: ✓ RETAINED, or _____ APPOINTED BY THE COURT

                        APPROVED:

DATED: January 14, 2026

                        UNITED STATES MAGISTRATE JUDGE

6/95