**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| ASHLEY TANEKA CARTER | Case # 2:25-cv-02512-JCM-BNW |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. RENTGROW, INC., and CONTEMPORARY INFORMATION CORPORATION | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Hans W. Lodge_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Berger Montague PC_____
(firm name)

with offices at _____1229 Tyler Street NE, Suite 205_____,
(street address)

_____Minneapolis_____, _____Minnesota_____, _____55413_____,
(city)                        (state)                    (zip code)

_____(612) 607-7794_____, _____hlodge@bergermontague.com_____.
(area code + telephone number)            (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff Ashley Taneka Carter_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 4, 2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Minnesota_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7.      That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Minnesota and Wisconsin

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 30, 2025 | 2:25-cv-02512-JCM-BNW | U.S.D.C. District of Nevada | Deferred-See attached |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Minnesota )
                   )
COUNTY OF Hennepin )

_____Hans W. Lodge_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

7th day of January, 2026.

_____
Notary Public or Clerk of Court

> Rachel Kelly Brooks
> Notary Public
> Minnesota
> My Commission Expires January 31, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Kevin L. Hernandez_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8920 W. Tropicana Avenue, Suite 101_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89147_____,
(city)              (state)            (zip code)

_____(702) 563-4450_____, _____Kevin@kevinhernandezlaw.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Kevin L. Hernandez _____ as
                                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.


/s/ Ashley Taneka Carter
_____
(party's signature)

Ashley Taneka Carter, Plaintiff
_____
(type or print party name, title)


_____
(party's signature)


_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.


_____
Designated Resident Nevada Counsel's signature

12594                              Kevin@kevinhernandezlaw.com
_____
Bar number                         Email address


APPROVED:

Dated: January 16, 2026.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**HANS W. LODGE-BAR ADMISSIONS**

| Jurisdiction | Year Admitted | Bar No. |
|---|---|---|
| Wisconsin Supreme Court | 2014 | 1096313 |
| Minnesota Supreme Court | 2015 | 0397012 |
| U.S.D.C. D. Minnesota | 2015 | 0397012 |
| U.S.D.C. W.D. Wisconsin | 2015 | 1096313 |
| U.S.D.C. D. Colorado | 2019 | No Bar No. issued |
| U.S.D.C. W.D. Texas | 2020 | No Bar No. issued |
| U.S.D.C. W.D. New York | 2021 | No Bar No. issued |
| U.S.D.C. E.D. Wisconsin | 2021 | 1096313 |
| U.S.D.C. E.D. Michigan | 2022 | No Bar No. issued |
| U.S.D.C. S.D. Texas | 2022 | 3727874 |

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

HANS WALTER LODGE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 4, 2015

Given under my hand and seal of this court on

December 23, 2025

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

HANS WALTER LODGE

was admitted to practice as an attorney within this state on May 19, 2014 and is presently in good standing in this court.

Dated: December 29, 2025

SHEELAH GUILD
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

| Court: | U.S. District Court, District of Nevada (Las Vegas) |
| --- | --- |
| Case Title: | Carter v. RentGrow, INC. et al |
| Case: | 2:25-CV-02512 |
| Judge: | Judge James C. Mahan |
| Date Filed: | 12/17/2025 |

| 7 | 12/31/2025 | MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan on 12/31/2025. By Deputy Clerk: C. Torres. IT IS HEREBY ORDERED that a ruling on Verified Petition for Permission to Practice Pro Hac Vice and Designation of Local Counsel 6 is DEFERRED. IT IS FURTHER ORDERED that Petitioner, Hans W. Lodge shall amend the petition to have local counsel for the Designation of Resident Attorney Admitted to the Bar of this Court and Consent Thereto portion of the application. Petitioner shall have 14 days from the entry of this order to file the corrected Verified Petition using the "Notice of Corrected Image/Document" event and link to document 6 in accordance with the local rules. (no image attached) (Copies have been distributed pursuant to the NEF - CT) (Entered: 12/31/2025) |
| --- | --- | --- |