JASON M. WILEY, Esq.
Nevada Bar No. 9274
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com

**FOLEY & LARDNER LLP**
JOHN J. ATALLAH, Esq.
John J. Atallah (*pro hac vice* application forthcoming)
555 S Flower St., Ste. 3300
Los Angeles, CA  90071-2411
213.972.4500
jatallah@foley.com

*Attorneys for Defendant Contemporary Information Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY TANEKA CARTER, <br><br> Plaintiff, <br><br> v. <br><br> RENTGROW, INC., and CONTEMPORARY INFORMATION CORPORATION, <br><br> Defendants. | Case No.: 2:25-cv-02512-JCM-BNW <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR CONTEMPORARY INFORMATION CORPORATION TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Ashley Taneka Carter ("Plaintiff") and Defendant Contemporary Information Corporation ("CIC"), through undersigned counsel to extend CIC's deadline to respond to Plaintiff's Complaint (ECF No. 1) to January 30, 2026. This is the first stipulation for an extension of CIC's deadline to respond to the Complaint in this matter.

WHEREAS, on December 17, 2025, Plaintiff filed her Complaint in this action. (ECF No.1.)

WHEREAS, Plaintiff served her Complaint on CIC on or about December 26, 2025. (ECF No. 5.)

WHEREAS, pursuant to Fed. R. Civ. P. 12, CIC's current deadline to respond to the Complaint is January 16, 2026.

WHEREAS, Plaintiff and CIC agree that good cause exists to extend CIC's deadline to respond to the Complaint by fourteen days, up to and including January 30, 2026, to afford CIC sufficient time to prepare an appropriate response to the Complaint; and

WHEREAS, this is the first stipulation for extension of CIC's deadline to respond to the Complaint.

**IT IS SO STIPULATED.**

**ORDER**

Upon Stipulation of the Parties, and Good Cause Appearing Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, subject to the approval of the Court, CIC's deadline to respond to the Complaint shall be extended to January 30, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2026

DATED this 16th day of January, 2026.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*

_____
JASON M. WILEY, Esq.
Nevada Bar No. 9274
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jwiley@wileypetersenlaw.com

**FOLEY & LARDNER LLP**
JOHN J. ATALLAH, Esq.
John J. Atallah (*pro hac vice* application forthcoming)
555 S Flower St., Ste. 3300
Los Angeles, CA  90071-2411
213.972.4500
jatallah@foley.com

*Attorneys for Defendant Contemporary Information Corporation*

DATED this 16th day of January, 2026.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*

_____
KEVIN L. HERNANDEZ, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue
Suite 101
Las Vegas, NV 89147
702-563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*