Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 607-7794
Facsimile: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

ASHLEY TANEKA CARTER,

                          Plaintiff,

                 -vs-

RENTGROW, INC., and
CONTEMPORARY INFORMATION
CORPORATION,

                     Defendants.

Case No.: 2:25-cv-02512-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RENTGROW, INC., ONLY, WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ashley Taneka Carter, ("Plaintiff") and Defendant RentGrow, Inc., only, ("RentGrow") (collectively "the Parties") hereby jointly

1

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RENTGROW, INC., ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW

stipulate and agree that Plaintiff dismisses, with prejudice, her claims asserted against RentGrow, only, in the above-styled action, with the Parties to bear their own attorneys' fees, costs, and expenses.

Plaintiff's claims against Defendant Contemporary Information Corporation remain before this court.

**IT IS SO STIPULATED.**

Dated: March 19, 2026

Respectfully submitted,

By: */s/ Hans W. Lodge*
Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

Dated: March 19, 2026

Respectfully submitted,

By: */s/ Holly E. Cheong*
Holly E. Cheong, NV Bar No. 11936
**TROUTMAN PEPPER LOCKE LLP**
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123 (*Nevada Office*)
Tel. (213) 928-9800
Fax: (213) 928-9850
Email: holly.cheong@troutman.com

*Counsel for Defendant*
*RentGrow, Inc.*

2                STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RENTGROW, INC., ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW

**ORDER**

Based upon the foregoing Stipulation by and between the Stipulating Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant RentGrow, Inc., only, shall be dismissed with prejudice and without costs or attorneys' fees awarded to either party.

_____
UNITED STATES DISTRICT JUDGE

Dated: __March 23, 2026__, 2026

Respectfully submitted by:


By: _/s/ Hans W. Lodge_
Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

3    STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RENTGROW, INC., ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March 2026, I caused to be served a true and correct copy of the foregoing Stipulation and Order for Dismissal of Defendant RentGrow, Inc., Only, with Prejudice by electronic service. Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

/s/ Hans W. Lodge
Hans W. Lodge

4    STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT RENTGROW, INC., ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW