Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 607-7794
Facsimile: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

ASHLEY TANEKA CARTER,

                              Plaintiff,

-vs-

RENTGROW, INC., and
CONTEMPORARY INFORMATION
CORPORATION,

                              Defendants.

Case No.: 2:25-cv-02512-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CONTEMPORARY INFORMATION CORPORATION, ONLY, WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ashley Taneka Carter, ("Plaintiff") and

1

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CONTEMPORARY INFORMATION CORPORATION, ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW

Defendant Contemporary Information Corporation, only, ("CIC") (collectively "the Parties") hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, her claims asserted against CIC, only, in the above-styled action, with the Parties to bear their own attorneys' fees, costs, and expenses.

Plaintiff has no remaining claims before this Court.

**IT IS SO STIPULATED.**

Dated: May 27, 2026

Respectfully submitted,

By: */s/ Hans W. Lodge*
Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

Dated: May 27, 2026

Respectfully submitted,

By: */s/ Jason M. Wiley*
Jason M. Wiley, NV Bar No. 9274
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Tel. (702) 910-3329
Fax: (702) 553-3467
Email: jwiley@wileypetersenlaw.com

John J. Atallah
**FOLEY & LARDNER LLP**
555 S Flower St., Ste. 3300
Los Angeles, CA  90071-2411
Tel. (213) 972-4500
Email: jatallah@foley.com

*Counsel for Defendant*
*Contemporary Information Corporation*

2

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CONTEMPORARY INFORMATION CORPORATION, ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW

## ORDER

Based upon the foregoing Stipulation by and between the Stipulating Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant CIC, only, shall be dismissed with prejudice and without costs or attorneys' fees awarded to either party.

_____

UNITED STATES DISTRICT JUDGE

Dated: June 4, 2026

Respectfully submitted by:


By: _/s/ Hans W. Lodge_
Hans W. Lodge, MN Bar No. 397012*
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
Email: hlodge@bergermontague.com
*Admitted Pro Hac Vice*

Kevin L. Hernandez, NV Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Tel. (702) 563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com

*Counsel for Plaintiff*
*Ashley Taneka Carter*

3                     STIPULATION AND ORDER
                      FOR DISMISSAL OF
                      DEFENDANT
                      CONTEMPORARY
                      INFORMATION
                      CORPORATION, ONLY,
                      WITH PREJUDICE
                      Case No. 2:25-cv-02512-JCM-
                      BNW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2026, I caused to be served a true and correct copy of the foregoing Stipulation and Order for Dismissal of Defendant Contemporary Information Corporation, Only, with Prejudice by electronic service. Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court for the District of Nevada by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

*/s/ Hans W. Lodge*
Hans W. Lodge

4

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CONTEMPORARY INFORMATION CORPORATION, ONLY, WITH PREJUDICE
Case No. 2:25-cv-02512-JCM-BNW